*William D. Donnelly* for petitioners. *Frank G. Smith* and *Robert V. Maine* for respondents.

No. 288. JOHNSON & JOHNSON *v.* Q-TIPS, INC. C. A. 3d Cir. Certiorari denied. *Kenneth Perry* and *Chester T. Lane* for petitioner. *W. Brown Morton* for respondent.

No. 290. NERI, DOING BUSINESS AS IMPRESA DI SALVATAGGI FRATELLI NERI (NERI BROTHERS SALVAGE ENTERPRISE) *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Paul C. Matthews* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 292. FERGUSON ET AL. *v.* PHILADELPHIA TRANSPORTATION Co. C. A. 3d Cir. Certiorari denied. *Ernest Ray White* for petitioners. *Francis H. Scheetz* for respondent.

No. 293. COOPER *v.* SINCLAIR, CUSTODIAN OF LAKELAND CITY JAIL. Supreme Court of Florida. Certiorari denied. *Sam E. Murrell* for petitioner. *James Hardin Peterson* for respondent.

No. 236. WHITTINGTON *v.* JOHNSTON ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Walter J. Knabe* for petitioner. *Ewell C. Orme* and *Jesse M. Williams, Jr.* for respondents.

No. 265. WETHERBEE, ADMINISTRATRIX, *v.* ELGIN, JOLIET & EASTERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE